DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336 (Phone)
(702) 388-6418 (Fax)
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00144-GMN-PAL |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | GOVERNMENT'S MOTION TO DISMISS |
| vs. | ) | CRIMINAL INDICTMENT PURSUANT |
| | ) | TO FEDERAL RULE OF CRIMINAL |
| CHARLES WASHINGTON, | ) | PROCEDURE 48(A) |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

### ORDER DISMISSING CRIMINAL INDICTMENT

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY**

**ORDERED** that the Criminal Indictment filed herein under case number 2:11-cr-00144-GMN-PAL is

**DISMISSED** pursuant to Federal Rule of Criminal Procedure 48(a).

**DATED** this 3rd day of November, 2011.

_____
Gloria M. Navarro
United States District Judge